08 JUL -2 PM 2:17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **08 CR 2198 IEG** |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| MANUEL MURILLO-CARRILLO, ) | |
| Defendant. ) | |

The grand jury charges:

On or about June 14, 2008, within the Southern District of California, defendant MANUEL MURILLO-CARRILLO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that //

JPME:fer:San Diego
7/2/08

1 | was a substantial step toward committing the offense, all in violation
2 | of Title 8, United States Code, Sections 1326(a) and (b).
3 |     It is further alleged that defendant MANUEL MURILLO-CARRILLO was
4 | removed from the United States subsequent to August 21, 2003.
5 |     DATED: July 2, 2008.

A TRUE BILL:

*/s/ [signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/ J. P. M.*
JAMES P. MELENDRES
Assistant U.S. Attorney