1  BENJAMIN P. LECHMAN
   California State Bar Number 185729
2  964 Fifth Ave. #320
   San Diego, California  92101-5008
3  Telephone:  (619) 699-5935

4
   Attorney for Defendant Murillo-Carrillo
5

6

7                     UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9                     (HONORABLE IRMA E. GONZALEZ)

10 UNITED STATES OF AMERICA,        )   CASE NO. 08CR2198-IEG
                                    )
11             Plaintiff,           )   DATE:  August 11, 2008
                                    )   TIME:  2:00 p.m.
12 v.                               )
                                    )   NOTICE OF MOTIONS AND MOTION TO:
13 MANUEL MURILLO-CARRILLO,         )   (1)  COMPEL FURTHER DISCOVERY
                                    )
14             Defendant.           )
                                    )
15 
   TO:  KAREN HEWITT, UNITED STATES ATTORNEY, AND
16      CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY:

17     **PLEASE TAKE NOTICE** that on August 11, 2008, at 2:00 p.m., or as soon thereafter as

18 counsel may be heard, the defendant, Manuel Murillo-Carrillo, by and through his attorney Benjamin P.

19 Lechman, will ask this Court to issue an order granting the motion listed below.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28

                                    1                              08CR2198-IEG

**MOTIONS**

The defendant, Mr. Murillo-Carrillo, by and through his attorney, Benjamin P. Lechman, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1. Compel further discovery.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: August 8, 2008

s/Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Murillo-Carrillo

1  BENJAMIN P. LECHMAN
   California State Bar Number 185729
2  964 Fifth Ave. #320
   San Diego, California 92101-5008
3  Telephone: (619) 699-5935

4
   Attorney for Defendant Murillo-Carrillo
5

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                    (HONORABLE IRMA E. GONZALEZ)

10 UNITED STATES OF AMERICA,        )   CASE NO. 08CR2198-IEG
                                    )
11         Plaintiff,               )   DATE:  August 8, 2008
                                    )   TIME:  2:00 p.m.
12 v.                               )
                                    )   STATEMENT OF FACTS AND POINTS
13 MANUEL MURILLO-CARRILLO,         )   AND AUTHORITIES IN SUPPORT OF
                                    )   DEFENDANT'S MOTIONS
14         Defendant.               )
                                    )
15

16                                  **I.**

17                       **STATEMENT OF FACTS**

18      Mr. Murillo-Carrillo hereby incorporates the statement of facts based on the criminal complaint

19 filed by the government in this case charging a violation of 8 U.S.C. section 1326. However, Mr.

20 Murillo-Carrillo does not accept this statement of facts as his own, and reserves the right to take a

21 contrary position at motions hearing and trial. The facts alleged in these motions are subject to

22 amplification and/or modification at the time these motions are heard.

23      The parties anticipate that this case will resolve with a plea (pursuant to a negotiated plea

24 agreement) to an information not yet filed in this case charging a violation of two counts of 8 U.S.C.

25 section1325. However, for purposes of the Speedy Trial Act, 18 U.S.C. section 3161 et. seq., the parties

26 have mutually agreed to the filing of the instant motion.

27

28

                                    1                                    08CR2198-IEG

## II.

## MOTION TO COMPEL DISCOVERY

Mr. Murillo-Carrillo moves for the production by the government of all discovery required under the United States Constitution, Fed. R. Crim. P. 16, and federal case law interpreting the respective discovery requirements thereunder.

## III.

## CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court grant the above motion.

Respectfully submitted,

Dated: August 8, 2008

s/Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Murillo-Carrillo

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff-Appellee, | ) U.S.D.C. No. 08CR2198-IEG |
| v. | ) PROOF OF SERVICE |
| MANUEL MURILLO-CARRILLO, | ) |
|   Defendant-Appellant. | ) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action and that my business address is 964 Fifth Ave. Ste. 320, San Diego, California, 92101-5008;

2) That I served the within NOTICE OF MOTION AND MOTION FOR DISCOVERY by causing to be delivered an one copy thereof to the Office of the Clerk, United States District Court for the Southern District of California, 940 Front Street, San Diego, California, 92101, by posting in the U.S. Mails; and

3) That I caused service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

caroline.han@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2008 at San Diego, California.

                                                s/Benjamin P. Lechman
                                                BENJAMIN P. LECHMAN