1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant U.S. Attorney
3  California State Bar No. 250301
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Phone: (619) 557-5220
   Fax: (619) 235-2757
6  E-mail: caroline.han@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )  **Criminal Case No. 08CR2198-IEG**
                                  )
12              Plaintiff,        )  **RESPONSE TO**
                                  )  **DEFENDANT'S MOTIONS:**
13              v.                )
                                  )  **(1) TO COMPEL DISCOVERY**
14                                )
   MANUEL MURILLO-CARILLO,        )
15                                )
                Defendant.        )
16                                )
                                  )
17                                )  **Hon. Irma E. Gonzalez**
   _____  )  **September 2, 2008 at 2:00 pm**
18
          COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
19
   United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney Caroline P. Han, and hereby
20
   files its Response to Defendant's Motions to Compel Discovery.  This Response is based upon the
21
   files and records of this case, together with the attached Statement of Facts, and Memorandum of
22
   Points and Authorities.
23
   //
24
   //
25
   //
26
   //
27
   //
28
   //

**I**

**STATEMENT OF FACTS**

    **A. <u>Statement of the Case</u>**

        On July 2, 2008, a federal grand jury handed up a one-count Indictment charging Defendant Manuel Murillo-Carrillo with Attempted Entry after Deportation in violation of Title 8, United States Code, Section 1326. The indictment also alleges that Defendant was removed from the United States subsequent to August 21, 2003.  Defendant entered a not guilty plea before Magistrate Judge Nita L. Stormes on July 3, 2008.

    **B. <u>Statement of Facts</u>**

        **1. Defendant's Arrest**

        On June 14, 2008 at approximately 7:28 am, the defendant attempted to enter the United States in the pedestrian lane of the San Ysidro Port of Entry by eluding inspection.  Customs and Border Protection (CBP) Officer Brainard Holloway observed the defendant attempting to elude inspection, and stopped the defendant.  CBP Officer Holloway asked the defendant if eh had any entry documents, and the defendant replied that he did not.  The defendant further provided two negative declarations, and stated that he was going to San Ysidro, California.   Thereafter, the defendant was referred to secondary inspection.

        During secondary inspection, the defendant's biographical data, fingerprints and photograph were entered into Customs and Border Protection's computer systems. These searches revealed that Defendant had previously been deported, and was a Mexican citizen.  The defendant also stated that he was a Mexican citizen and had been deported three days prior from Fresno, and was attempting to return to Fresno.  Thereafter, CBP officers conducted additional checks through immigration databases, and confirmed that the defendant is a Mexican citizen with no legal documents to enter or remain in the United States.  The defendant was subsequently arrested.

        **2. Defendant's Statements**

        At approximately 1:20 pm, the defendant was placed under arrest and advised of his <u>Miranda</u> rights.  The defendant stated that he understood his rights, and agreed to waive those rights.  The defendant stated that he was born in Mexico, and admitted that he was going to Fresno

to reunite with his girlfriend and child.  He further admitted to not having any legal documentation to enter, pass through, or remain in the United States.  He also admitted to being deported by an immigration judge because he had a felony conviction.  He also stated that he was convicted of First Degree Burglary, and did not have permission from the Attorney General to return to the United States.  He further stated that he had entered the United States illegally two years ago, and had been deported one week ago from Fresno.

**C. Defendant's Criminal History**

The defendant has two prior immigration convictions, two felony convictions, and one misdemeanor conviction.

**II**

**MOTION TO COMPEL DISCOVERY**

The Government intends to continue full compliance with its discovery obligations under Brady v. Maryland, 373 U.S. 83 (1963), the Jencks Act (18 U.S.C. 3500), and Rule 16 of the Federal Rules of Criminal Procedure.  To date, the Government has provided 119 pages of discovery as well as a DVD that includes the advisal of rights and the defendant's statement and a copy of the defendant's deportation tapes.  The Government anticipates that all discovery issues can be resolved amicably and informally, and has addressed Defendant's specific requests below.

The Government does not oppose the defendant's motion for the discovery to which he is entitled pursuant to the Constitution and Fed. R. Crim. P. 16.  Should the defendant have specific discovery requests, the United States will respond to those motions when they are made.

//
//
//
//
//
//
//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**III**

**CONCLUSION**

For the foregoing reasons, the Government requests that the Court deny Defendant's

motions, except where unopposed.

DATED: August 26, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Caroline P. Han*
CAROLINE P. HAN
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2198-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MANUEL MURILLO-CARRILLO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **RESPONSE TO THE DEFENDANT'S MOTION TO COMPEL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Benjamin Lechman**
*Attorney for defendant*

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008

/s/ *Caroline P. Han*
CAROLINE P. HAN