```
┌─────────────────────────────────┐
│            FILED                │
│                                 │
│         SEP - 2 2008            │
│                                 │
│     CLERK, U.S. DISTRICT COURT  │
│  SOUTHERN DISTRICT OF CALIFORNIA│
│  BY                    DEPUTY   │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2198-IEG |
| | ) | **SUPERSEDING** |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony); |
| MANUEL MURILLO-CARRILLO, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

Count 1

On or about ~~6-6-08~~ August 2007 within the Southern District of California, defendant MANUEL MURILLO-CARRILLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on August 21, 2003 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court, Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

CPH:San Diego
7/8/08

<u>Count 2</u>

On or about June 14, 2008, within the Southern District of California, defendant MANUEL MURILLO-CARRILLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on August 21, 2003 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court, Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _9-2-08_ .

KAREN P. HEWITT
United States Attorney

*Stacy Sullivan*

CAROLINE P. HAN
Assistant U.S. Attorney

2