AO455 (Rev.5/85) Waiver of Indictment

**FILED**
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MANUEL MURILLO-CARRILLO | WAIVER OF INDICTMENT<br><br>Case No. 08CR2198-IEG |

I, MANUEL MURILLO-CARRILLO, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in

open court on _____9-2-08_____ prosecution by indictment and consent that the
                        *Date*

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer